STATE OF NEW JERSEY v. THOMAS RUSSELL.

March 9, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. OWEN FINK.

March 9, 1981.

Petition for certification denied.

HORACE MANN INSURANCE COMPANY v. SUSSEX
MUTUAL INSURANCE COMPANY.

March 9, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. GILBERT SHIELDS.

March 9, 1981.

Petition for certification denied.

ALEXANDER GOTTDIENER v. ALFRED J. LUCIANO.

March 9, 1981.

Petition for certification denied.